UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SASSAN ABDOLLAHZADEH, | ) ) ) | Civil Action No. 05-40067 FDS |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| DENIS RIORDAN, District Director of the Boston District Office of the Bureau of Citizenship and Immigration Services, et al., | ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**NOTICE OF APPEARANCE**

To the Clerk:

   Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendants, Denis Riordan, District Director of the Boston District Office of the Bureau of Citizenship and Immigration Services; Eduardo Aguirre, Jr., Undersecretary of the Department of Homeland Security and Director of the Bureau of Citizenship and Immigration Services; Michael Chertoff, Secretary of the Department of Homeland Security; and the U.S. Department of Homeland Security Bureau of Citizenship and Immigration Services.

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

            By:  /s/ Mark T. Quinlivan
                 MARK T. QUINLIVAN
                 Assistant U.S. Attorney
                 United States Attorney's Office
                 John Joseph Moakley U.S. Courthouse
                 1 Courthouse Way, Suite 9200
                 Boston, MA 02210
                 617-748-3606

Dated: June 24, 2005