UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SASSAN ABDOLLAHZADEH,<br><br>        Plaintiff,<br><br>v.<br><br>DENIS RIORDAN, District Director of the Boston District Office of the Bureau of Citizenship and Immigration Services, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-40067 FDS |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants Denis Riordan, District Director the Boston District Office of the Bureau of Citizenship and Immigration Services, et al., hereby move for a 30-day extension of time, or until July 27, 2005, in which to answer or otherwise plead to plaintiff's Complaint for Mandamus  In support of the foregoing motion, defendants say as follows:

1.  Plaintiff Sassan Abdollahzadeh filed this action on April 25, 2005, to compel the defendants to adjudicate his application to register for permanent residence or adjustment of status. Pursuant to the requirements of Fed. R. Civ. P. 4(i), plaintiff served the United States Attorney on the same date with his Complaint for Mandamus.  Defendants answer or other responsive pleading therefore is currently due on June 27, 2005.  See Fed. R. Civ. P. 12(a)(3)(A); 6(e).

2.  Since the filing of plaintiff's Complaint for Mandamus, defendants have been engaged in attempting to determine the cause of the delay in adjudicating plaintiff's application and to

administratively resolve these issues in plaintiff's favor. Defendants reasonably believe that, unless issues arise of which defendants are currently unaware, those issues can be resolved in plaintiff's favor within 30 days.

3. Defendants therefore request an extension of time of 30 days in which to answer or otherwise plead to plaintiff's Complaint for Mandamus.

4. On June 24, 2005, undersigned counsel spoke with counsel for plaintiff, Richard M. Green, Esq., and inquired whether he would consent to this motion. Mr. Green graciously stated that plaintiff would consent to this motion.

WHEREFORE, with good cause having been shown, defendants respectfully request that this Court grant them an additional 30 days, or until July 27, 2005, in which to answer or otherwise plead to plaintiff's Complaint for Mandamus.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:  /s/ Mark T. Quinlivan
                                MARK T. QUINLIVAN
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                John Joseph Moakley U.S. Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                617-748-3606

Dated: June 24, 2005

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

    Pursuant to Local Rule 7.1(a)(2), I certify that, on June 24, 2005, I conferred with counsel for the plaintiff, Richard M. Green, Esq., regarding this motion, and that Mr. Green stated that plaintiff would consent to this motion.

                                          /s/ Mark T. Quinlivan
                                        MARK T. QUINLIVAN
                                        Assistant U.S. Attorney