# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Sassan Abdollahzadeh

V.

Denis Riorden, Eduardo Aguirre, Jr., Michael Chertoff, and the U.S. Dept. of Homeland Security Bureau of Citizenship & Immigration Services.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-40067 FDS**

TO: (Name and address of Defendant)

The Department of Homeland Security
Bureau of Citizenship and Immigration Services
20 Massachusetts Ave. NW
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard M. Green
57 East Main St. Suite 211
Westborough, MA 01581

an answer to the complaint which is herewith served upon you, within __sixty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                  4-25-05

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/25/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Beth Anne Russo | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served per FRCP Rule 4(i)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/25/05
Date

*Signature of Server:* Beth Anne Russo

57 East Main St., Suite 211, Westboro, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CERTIFICATE OF SERVICE

I, Beth Anne Russo, declare under the pains and penalties of perjury pursuant to the laws of the United States and FRCP Rule 4(i), that a copy of the attached summons and complaint were mailed via certified mail, return receipt requested, to the following individuals:

Department of Homeland Security
Bureau of Citizenship and Immigration Services
20 Massachusetts Ave. NW
Washington, DC 20529

Date: 4/25/05

Beth Anne Russo

