UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SASSAN ABDOLLAHZADEH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENIS RIORDAN, District Director )<br>of the Boston District Office of the )<br>Bureau of Citizenship and Immigration )<br>Services, <u>et</u> <u>al</u>., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-40067 FDS |

**DEFENDANTS' THIRD CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants Denis Riordan, District Director the Boston District Office of the Bureau of Citizenship and Immigration Services, <u>et</u> <u>al</u>., hereby move for a third, and final, 30-day extension of time, or until September 26, 2005, in which to answer or otherwise plead to plaintiff's Complaint for Mandamus Plaintiff has consented to this request. In support of the foregoing motion, defendants say as follows:

1. Plaintiff Sassan Abdollahzadeh filed this action on April 25, 2005, to compel the defendants to adjudicate his application to register for permanent residence or adjustment of status.

2. Since the filing of plaintiff's Complaint for Mandamus, defendants have been engaged in attempting to determine the cause of the delay in adjudicating plaintiff's application and to administratively resolve these issues in plaintiff's favor. On this basis, on June 24 and July 27, 2005, defendants sought extensions of time of 30 days in which to answer or otherwise plead to plaintiff's Complaint for Mandamus.

3. On June 29 and August 1, 2005, this Court granted defendant's consent motions. Defendant's answer or other responsive pleading therefore is due on this date, August 26, 2005.

4. As set forth in the Declaration of Denis Riordan, District Director of the Boston District Office of the United States Citizenship and Immigration Services ("USCIS"), which was filed on July 27, 2005, defendants have learned that a national security check relating to plaintiff's name was initiated on December 21, 2004, pursuant to the procedures that were in effect on that date. Declaration of Denis Riordan ¶ 6.[1] No definitive response was received by USCIS in response to this request for approximately six months. Id. USCIS has since taken steps to expedite that request. Id, Specifically, on June 29, 2005, a District Adjudications Officer faxed a "screen printout" indicating that plaintiff's national security check was pending to a contact person in the headquarters office of the USCIS, who then contacts another agency of the federal government to request expeditious handling of the national security check. Id. Defendants have since made additional inquiries of that agency regarding this matter, emphasizing the need for expeditious handling of the national security check.

5. Defendants now request an additional, and final, extension of time of 30 days, or until September 26, 2005, in the anticipation that the national security check relating to plaintiff, which currently remains pending, will be completed and all other matters resolved in plaintiff's favor within 30 days, without the need for intervention by the Court. Defendants will take additional steps during this period to contact the other agency and re-emphasize the need for expeditious handling of the national security check.

---

[1] Director Riordan described the nature and importance of the national security check in paragraphs 1-5 of his declaration.

6. On this date, undersigned counsel spoke with counsel for plaintiff, Richard M. Green, Esq., and inquired whether he would consent to this motion. Mr. Green graciously stated that plaintiff would consent to this motion.

WHEREFORE, with good cause having been shown, defendants respectfully request that this Court grant them an additional 30 days, or until September 26, 2005, in which to answer or otherwise plead to plaintiff's Complaint for Mandamus.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:  /s/ Mark T. Quinlivan
     MARK T. QUINLIVAN
     Assistant U.S. Attorney
     United States Attorney's Office
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     617-748-3606

Dated: August 26, 2005


CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that, on August 26, 2005, I conferred with counsel for the plaintiff, Richard M. Green, Esq., regarding this motion, and that Mr. Green stated that plaintiff would consent to this motion.

                               /s/ Mark T. Quinlivan
                              MARK T. QUINLIVAN
                              Assistant U.S. Attorney