UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

|  |  |
|---|---|
| SASSAN ABDOLLAZADEH )<br>)<br>Plaintiff )<br>v. )<br>)<br>DENIS RIORDAN, District Director of )<br>the Boston Office of the Bureau of )<br>Citizenship and Immigration Services, et al., )<br>)<br>Defendants ) | Civil Action No. 05-40067 FDS |

### MOTION TO SUBSTITUTE NAMED DEFENDANTS

### PURSUANT TO F. R .Civ. P. 25(d)

This action is brought by Plaintiff against various high ranking officials within the Department of Homeland Security (DHS) and Bureau of Citizenship and Immigration Service (BCIS) in their official capacities to perform their duties and adjudicate Plaintiff's Application to Register Permanent Residence or Adjust Status.

In his complaint, Plaintiff named Eduardo Aguirre, Jr. in his official capacity as the Undersecretary of the DHS and Director of the BCIS as a Defendant. In his answer, counsel for the Defendants avers that Mr. Aguirre is no longer serving as the Director of the BCIS, and that Mr. Robert Divine is the proper defendant as Mr. Divine serves as the Acting Deputy Director of the BCIS.

Pursuant to Local Rule 7.1(a)(2), Plaintiff's counsel certifies that he has conferred with Mark Qunilivan, Esq., counsel for the defendants, and that Mr. Qunilivan graciously consents to the motion.

WEREFORE, Plaintiff respectfully moves this honorable pursuant to Federal Rule of Civil Procedure 25(d) to:

1. Issue an order substituting Defendant Robert Divine, Acting Deputy Director of the BCIS in his official capacity for Defendant Eduardo Aguirre Jr., and

2. Grant such relief as it may deem appropriate.

Respectfully Submitted
Sassan Abdollahzadeh
through his Attorney

_____
Richard M. Green  BBO#650973
57 E. Main St. Suite #211
Westborough, MA 01581

Tel:  (508) 616-0024
Fax:  (508) 616-0221

Dated: October 4, 2005

## CERTIFICATE OF SERVICE

I Richard M. Green, state on this 4th day of October, 2005, I placed a copy of the above motion in the U.S. mail, first class postage prepaid to the following counsel for the Defendants:

Mark T. Qunilivan, Esq.
Office of the U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Richard M. Green