UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SASSAN ABDOLLAHZADEH,<br><br>        Plaintiff,<br><br>    v.<br><br>DENIS RIORDAN, District Director of the Boston District Office of the Bureau of Citizenship and Immigration Services, et al.,<br><br>        Defendants. | Civil Action No. 05-40067 FDS |

**DEFENDANTS' CONSENT MOTION FOR
EXTENSION OF TIME OF TWO BUSINESS DAYS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants Denis Riordan, District Director the Boston District Office of the Bureau of Citizenship and Immigration Services, et al., hereby move for an extension of time of two business days, or until October 31, 2005, in which to file an opposition to plaintiff's motion for summary judgment. In support of the foregoing motion, defendants say as follows:

    1. On October 13, 2005, plaintiff Sassan Abdollahzadeh moved for summary judgment. Defendants' opposition to plaintiff's motion is due on this date, October 27, 2005.

    2. In order to respond adequately to the arguments raised in plaintiff's motion, undersigned counsel is in the process of obtaining a declaration from an official from the Boston District Office of the Bureau of Citizenship and Immigration Services regardin the status of plaintiff's application. Defendants require an extension of two business days in order to complete that declaration and obtain all necessary approvals from agency officials.

3.  On October 27, 2005, undersigned counsel spoke with counsel for plaintiff, Richard Green, Esq., and inquired whether he would consent to an extension of time.  Mr. Gren graciously stated that plaintiff would consent to an extension of time of two business days, or until October 31, 2005.

WHEREFORE, with good cause having been shown, defendants respectfully request that this Court grant them an additional two business days, or until October 31, 2005, in which to file an opposition to plaintiff's motion for summary judgment.

>    Respectfully submitted,
>
>    MICHAEL J. SULLIVAN
>    United States Attorney
>
> By:  /s/ Mark T. Quinlivan
>    MARK T. QUINLIVAN
>    Assistant U.S. Attorney
>    United States Attorney's Office
>    John Joseph Moakley U.S. Courthouse
>    1 Courthouse Way, Suite 9200
>    Boston, MA 02210
>    617-748-3606

Dated:  October 27, 2005

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that, on October 27, 2005, I conferred with counsel for the plaintiff, Richard M. Green, Esq., regarding this motion, and that Mr. Green stated that plaintiff would consent to this motion.

>     /s/ Mark T. Quinlivan
>    MARK T. QUINLIVAN
>    Assistant U.S. Attorney