UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

|  |  |
|---|---|
| SASSAN ABDOLLAHZADEH )<br>)<br>    Plaintiff )<br>v. )<br>)<br>DENIS RIORDAN, District Director of )<br>the Boston Office of the Bureau of )<br>Citizenship and Immigration Services, et al., )<br>)<br>    Defendants )<br>_____) | Civil Action No. 05-40067 FDS |

**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR**

**SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(d), Plaintiff Sassan Abdollahzadeh, though counsel, respectfully requests the Court to calendar oral argument on Plaintiff's Motion for Summary Judgment.

                                  Respectfully Submitted
                                  Sassan Abdollahzadeh
                                  by his Attorney

Dated: February 13, 2006          _/s/__Richard M. Green_____
                                                Richard M. Green  BBO#650973
                                                57 E. Main St. Suite #211
                                                Westborough, MA 01581

                                                Tel:   (508) 616-0024
                                                Fax:  (508) 616-0221

- 2 -

STATEMENT PURSUANT TO LOCAL RULE 7.1(a)(2)

I Richard M. Green state that on the 13th day of February, 2006 at 11:30 am I conferred with Mark T. Qunilivan, Esq. counsel for the Defendants via the telephone regarding this Request for Oral Argument on Plaintiff's Motion for Summary Judgment.

                                                  /s/ Richard M. Green
                                                  Richard M. Green

CERTIFICATE OF SERVICE

I Richard M. Green, state on this thirteenth day of February, 2006, I placed a copy of the above motion in the U.S. mail, first class postage prepaid to the following counsel for the Defendants:

    Mark T. Qunilivan, Esq.
    Office of the U.S. Attorney
    John Joseph Moakley Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210

                                                  /s/ Richard M. Green
                                                  Richard M. Green