**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SASSAN ABDOLLAHZADEH,               ) | |
|           ) | Civil Action No. 05-40067 FDS |
|         Plaintiff,           ) | |
|           ) | |
|         v.             ) | |

SASSAN ABDOLLAHZADEH,

        Plaintiff,

        v.

DENIS RIORDAN, District Director
of the Boston District Office of the
Bureau of Citizenship and Immigration
Services, <u>et</u> <u>al</u>.,

        Defendants.

Civil Action No. 05-40067 FDS

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action without prejudice, the Bureau of Citizenship and Immigration Services having rendered a decision on Application for Status as Permanent Resident.

                     Respectfully submitted,

FOR THE PLAINTIFF                   FOR THE DEFENDANTS

  /s/ Richard M. Green                /s/ Mark T. Quinlivan
RICHARD M. GREEN              MARK T. QUINLIVAN
Attorney at Law                 Assistant U.S. Attorney
57 East Main Street, Suite 211      John Joseph Moakley U.S. Courthouse
Westborough, MA 01581          1 Courthouse Way, Suite 9200
508-616-0024                    Boston, MA 02210
                            617-748-3606

April 3, 2006